**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 17-00151-WS-B** |
| | ) | |
| **WARREN KELLY HAWKINS** | ) | |
| **Defendant** | ) | |

<u>**ORDER**</u>

This matter is before the Court on Defendant Warren Kelly Hawkins' ("Hawkins") Motion for Release of Firearms. (Doc. 31). Per Hawkins' motion,

> On September 15, 2017, Warren Kelly Hawkins pled guilty to a single count of felon-in possession of firearms. Doc. Nos. 19, 21. On December 28, 2017, he was sentenced by this Court to three years of probation. Doc. No. 29. There was no forfeiture proceeding or Order of Forfeiture entered in this case. The firearms, 39 in number, were mostly hunting firearms and family heirlooms that belonged to Hawkins's grandfather, who passed away. The firearms seized from Hawkins's residence by law enforcement still are in the possession of federal law enforcement.

(Doc. 31 at 1, ¶ 1). Defendant Warren Kelly Hawkins has moved for an order directing the United States to release 39 certain firearms to his stepson, James Edward Thomas, IV ("Thomas"). (Doc. 31 at 2, ¶3).

On April 12, 2018, the undersigned held a hearing. Hawkins' counsel, Latisha Colvin, Assistant United States Attorney Michele O'Brien, and proposed custodian Thomas were present. Thomas was questioned under oath, and affirmed that he would not permit Hawkins to exert any possession or control over the firearms at issue. He was also cautioned as to Hawkins' restrictions regarding firearms.

Following the hearing, Hawkins' counsel filed a supplement to the motion, which contains a list of the seized firearms. (Doc. 43-1). The United States has responded to the list as follows:

> 1. The firearm evidence in this case, which is currently in the custody of the FBI has been reviewed by an FBI Evidence Control Technician to assure that the information previously provided in discovery, and included as Document 43-1 to Defendant's supplement, accurately describes each of the firearms. A correction is required to the serial number of the second listed shotgun, the correct description is Rossi, 3rd Model 20ga, S/N SP326966.
>
> 2. Additional research is still required to determine whether the initial five (5) firearms listed under the category, "Non-description Rifles/Shotguns", which have no serial numbers, can lawfully be released to the proposed transferee, or will require some other manner of disposition.
>
> 3. The undersigned has discussed this situation with Defense Counsel and the parties are in agreement, with the Court's approval, that the transfer pursuant to *Henderson v. United States,* 135 S.Ct. 1780 (2015), of all the remaining listed firearms (Doc. 43-1) can go forward at this time. Upon completion of the necessary research on the status of the listed serial-numberless firearms, the parties will file another motion/notice with the Court.

(Doc. 47 at 1-2). Upon consideration, of the foregoing, the 34 firearms[1] now at issue are:

### Rifles

Remington 5peedmaster .22 LR, Model 552, S/N C1406474
Rossi .22 LR, S/N G377619
Norinco 5K5, 7.62x39, S/N 1512683
Ruger M77, .243, S/N 770-16308
Winchester, Model70 .243, S/N G2555308
Waffenfabrik Mauser, Model1915 6.Sx55mm, S/N 8609
Marlin, Model 25MN .22 LR, S/N 01303913
Winchester, Model 70 .264 Mag, 5S/N 770740
Remington, Model 700 .270, S/N 6274849

---

[1] Serial Number has been abbreviated as "S/N."

Marlin, Model336 30-30, S/N T11237
Remington, Model742 30-06, S/N 7339226
Savage, Model 340V .225Win, S/N 183753
Marlin, Model 6079 .22 LR, S/N TK017956
Browning Arms, .22LR, S/N 81322147
Remington, Model 700 7mm1 S/N A6298002
New England, Handy Rifle 82 308, S/N NM332516

### Black Powder

Thompson Center Arms, Renegade .501 S/N 157491

### Shotguns

Mossberg, Model 500A 12ga, S/N K356314
Rossi, 3rd Model 20ga, S/N SP326966
Remington, Model 1187 12ga, S/N PC378627
Remington, Model1100 12ga, S/N 414487V
Winchester, Model1212ga, S/N 1623011
Mossberg, Model SOOC 20ga, S/N J680745
Winchester, Model 12 16ga, S/N 1645809
Maverick, Model88l2ga, S/N MV08686A

### Combination Rifle & Shotgun

Savage Arms, Model 24J-DL .22 LR & 20ga, S/N A337662

### Pistols

Davis Industries, Model P380, S/N AP034955
RG, Model 66 .22Mag, S/N IC268383
Heritage, Rough Rider .22 LR, S/N L84546
Ruger, .22 LR, S/N 11-83726
Taurus, Model 85 .38 special, S/N JX74130
Jennings, Model 25 .25 Auto, S/N 241578 (Della Hawkins)
Rossi, .38 special, S/N W085700 (Della Hawkins)

### Non-description Rifle

Bolt action rifle with Tasco scope, S/N 5197

Upon consideration of the parties' submissions, Thomas' testimony, and having

determined that Hawkins is entitled to the requested relief:

IT IS ORDERED under the authority recognized by the United States Supreme Court in *Henderson v. United States*, 135 S.Ct. 1780 (2015), that as soon as practical, the United States shall make the above listed firearms available to James Edward Thomas, IV so that he may take possession of them.

IT IS FURTHER ORDERED that upon James Edward Thomas, IV's taking possession of the firearms, any and all of Defendant Kelly Wayne Hawkins property rights and ownership interests in the above listed firearms shall be vested in James Edward Thomas, IV.

DONE and ORDERED this the 31st day of May 2018.

*/s/ Katherine P. Nelson*
KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE